*Salem G. Mansour* and *Robert F. Hille* for appellant.

*J. Carl Fogle* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FROESSEL and VAN VOORHIS, JJ. Taking no part: FULD, J.

IVAN H. TOWNE, as Administrator of the Estate of KENNETH L. TOWNE, Deceased, Appellant, *v.* ALTON R. BUNCE, as Administrator of the Estate of GEORGE E. CONE, Deceased, Respondent.

Argued October 8, 1954; decided October 22, 1954.

*Wallace J. Stakel* for appellant.

*Percy R. Smith* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.